Kirk J. Anderson (SBN 289043)
kanderson@budolaw.com
BUDO LAW P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

*Attorney for Plaintiff Valyrian IP LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| VALYRIAN IP LLC,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>TELUS CORPORATION d/b/a<br>TELUS COMMUNICATIONS (U.S.)<br>INC.,<br><br>　　　　*Defendant*. | CASE NO.:<br><br>**PLAINTIFF'S 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Rule 7.1, of the Federal Rules of Civil Procedure, Valyrian IP LLC ("Valyrian IP" or "Plaintiff"), states it is a limited liability company. It does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: June 25, 2020

　　　　　　　　　　　　　　　　/s/ Kirk J. Anderson
　　　　　　　　　　　　　　　KIRK J. ANDERSON (SBN 289043)
　　　　　　　　　　　　　　　kanderson@budolaw.com
　　　　　　　　　　　　　　　BUDO LAW, P.C.
　　　　　　　　　　　　　　　5610 Ward Rd. Suite #300
　　　　　　　　　　　　　　　Arvada, CO 80002
　　　　　　　　　　　　　　　(720) 225-9440 (Phone)

(720) 225-9331 (Fax)

***Attorney for Plaintiff Valyrian IP LLC***

CERTIFICATE OF INTERESTED ENTITIES, CORPORATE DISCLOSURE STATEMENT, OR RULE 7.1 DISCLOSURES