| TO:<br>**Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313–1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Eastern California on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO.<br>2:20–CV–01315–WBS–KJN | DATE FILED<br>7/1/20 | **US District Court Eastern California**<br>**Sacramento** |
|---|---|---|
| PLAINTIFF<br><br>**VALYRIAN IP LLC** | | DEFENDANT<br><br>**TELUS CORPORATION** |
| **PATENT OR**<br>**TRADEMARK NO.** | **DATE OF PATENT**<br>**OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| **1** 6,970,706 | November 29, 2005 | Valyrian IP LLC |
| **2** | | |
| **3** | | |
| **4** | | |
| **5** | | |

In the above–entitled case the following patents(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| **PATENT OR**<br>**TRADEMARK NO.** | **DATE OF PATENT**<br>**OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| **1** | | |
| **2** | | |
| **3** | | |
| **4** | | |
| **5** | | |

In the above–entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |