# Exhibit E

# Yealink

IP DECT Phone W56P

## Cordless VoIP solution for small businesses

· High-end ID design

· Exceptional HD sound with wideband technology

· Up to 4 simultaneous voice calls

· Up to 5 DECT cordless handsets

· Up to 5 Multiple Lines

· 2.4" 240 x 320 color screen with intuitive user interface

· Up to 30 hours talk time, Up to 400 hours standby time

· Quick charging: 10 mins charge time for 2 hours talk time

· USB Charger Cradle

· Headset connection via 3.5 mm jack

· Charger wall mountable

· New belt clip with better user experience

    

HD Voice      Quick Charge      USB Charger Cradle      3.5mm Headset Jack

Note: Yealink W56P IP DECT Phone consists of one Base for W52P/W56P and one W56H Handset.

Yealink W56P is the next-generation SIP Cordless Phone System combining quality, reliability and flexibility.

Offering the convenience of cordless with a simple add-on device without losing the SIP features, it brings a seamless call management for our users while "on-the-go". With more functions, lines and mobility, it empowers users with the convenience of wireless communication along with the widely accepted benefits and feature richness of Voice-over-IP telephony.

In addition, the Yealink W56P delivers the typical benefits of the DECT world such as long talk time, high standby time and superior speech quality, providing excellent value for money and is ideally suited for small and medium-sized businesses.

· Up to 5 DECT Cordless Handsets
  Per base depending on your needs

· DECT radio coverage up to 50m
  indoors and 300m outdoors

· Energy-saving ECO features

### DECT technology:

Yealink DECT technology is based on CAT-iq2.0, which focuses on high quality Audio VoIP (wideband), as well as low bit - rate data applications. But we are not compatible with any third-party DECT devices (base station, handset, etc.).



# Yealink

IP DECT Phone W56P

## Phone Features

· Up to 4 simultaneous calls

· Up to 5 handsets

· Up to 5 VoIP accounts

· Handset select for receiving  call

· Handset and Number select for
 making call

· Paging, intercom, auto answer

· Call hold, call transfer, 3-way conferencing

· Switching between calls

· Call waiting, mute, DND

· Caller ID display, redial

· Anonymous call

· Anonymous call rejection

· Call forward (always/busy/no answer)

· Speed dial, voicemail, silence

· Message Waiting Indication (MWI)

· Local phonebook for up to 500 entries
 (store in the base)

· Remote phonebook/LDAP

· Phonebook search/import/export

· Call history outgoing/missed/accepted

· Direct IP call without SIP proxy

· Reset to factory, reboot

· Keypad lock

· Emergency call

· Dial Plan

· Music on hold (server-based)

· Broadsoft directory

· BroadSoft Call Log

· Broadworks feature key synchronization

· Shared Call Appearance (SCA)

## Personalization

· 9 ringer melodies

· Screen saver

· Multi-language support

## Management

· Auto-provision via FTP/TFTP/HTTP/HTTPS

· Auto-provision with PnP

· Handset upgrade: OTA (Over-The-Air)

· Configuration:
 browser/phone/auto-provision

· Trace package and system log export

## Voice and Codecs Features

· Full-duplex speakerphone

· Hearing Aid Compatibility (HAC)
 compliant

· Receiver volume control: 5 steps

· Ringer volume control: 5 steps+off

· Multiple advisory tones

· Acoustic warning for low battery status

· DTMF

· Wideband codec: G.722

· Narrowband codec:
 G.711μ/A, G.723, G.726, G.729, iLBC

· VAD, CNG, PLC, AJB

· AEC (supported by W52H and W56H)

· Support VQ-RTCPXR (RFC6035), RTCP-XR

## Network Features

· SIP v1 (RFC2543), v2 (RFC3261)

· SNTP/NTP

· VLAN (802.1Q and 802.1P)

· 802.1x, LLDP

· PPPoE (supported by V80 version only)

· STUN Client (NAT Traversal)

· UDP, TCP, DNS-SRV (RFC 3263)

· IP assignment: static/DHCP

· Support outbound proxy server backup

## Security

· Open VPN

· Transport Layer Security (TLS)

· HTTPS (server/client)

· SRTP (RFC3711)

· Digest authentication

· Secure configuration file via AES
 encryption

· Support SHA256/SHA512/SHA384

· Admin/Var/User 3-level config mode

## DECT

· Frequency bands:
 1880 – 1900 MHz (Europe),
 1920 – 1930 MHz (US),
 1900 – 1906 MHz (Thailand)

· DECT Standards: CAT-iq2.0

## Connectors

· 1 x RJ45 10/100M Ethernet port

· Power over Ethernet (IEEE 802.3af), Class 2

· Headset jack (3.5 mm)

## Physical Features

· Indoor Range: 20m~50m
 (The ideal distance is 50m)

· Outdoor Range: 300m (In ideal conditions)

· Standby Time: 400h (In ideal conditions)

· Talk Time: 30h

· 2.4'' 240x320 pixels color display

· Desktop or wall mountable

· LCD backlit, key backlit

· Energy-saving ECO mode/ECO Mode+

· 12 key numerical keypad, 5 navigation keys,
 2 softkeys, 6 function keys, 6 shortcut keys

· 3 LEDs on Base: 1 x power, 1 x Network, 1 x Call

· Base station: DC 5V/600mA Output

· Charger: DC 5V/600mA Output

· Maximum transmission power: 10 milliwatts

· Color:
 Handset: Alabaster Silver; Base: Classic Grey

· Phone size: 175mm x 53mm x 20.3mm

· Base station size:
 53.5mm x 108.5mm x 45mm

· Operating humidity: 10 ~ 95%

· Operating temperature: 0 ~ +40°C

## Package Features

· Package content:
 - W56H Handset
 - Base for W52P/W56P
 - Belt Clip
 - Rechargeable Lithium Battery
 - USB Charger Cradle
 - Two Power Adapters
 - Ethernet Cable
 - Quick Start Guide

· Qty/CNT: 10pcs

· Giftbox size: 205mm*196mm*95mm

· Carton meas: 512mm*414mm*202mm

· N.W: 8.1kg

· G.W: 9.0kg

## Optional accessory

· Handset protective case

## Special Features

· Increase range with up to 5 repeaters

## Certifications

  

REACH   ISO 9001

  

Asterisk® Compatible



## Yealink Base for W52P&W56P Compatibility

| Handset | Base<br>Firmware Version | Base for W52P&W56P<br>V81 version |
|---|---|---|
| W56H | V81 version | Fully compatible |
| W56H | V83 version | Fully compatible |
| W53H | V83 version | Basically compatible |
| W52H | V81 version | Fully compatible |
| CP930W | V83 version | Not Support |
| DD Phone | V82/V84 version | Not Support |
| RT20 | —— | Fully compatible |
| RT30 | —— | Fully compatible<br>All features except cascade |

💡 **Fully compatible + All features (highly recommended):** The firmware of handset matches with the base's and always keeps up to date.

💡 **Fully compatible (recommended):** The firmware of handset matches with the base's but not the latest one, so not all features are supported.

💡 **Partly compatible:** The firmware of handset does not match with the base's, and the features added in the new firmware version are not supported.

💡 **Basically compatible:** Old handset with new base or new handset with old base guarantees the basic features only.

💡 It is not allowed to use RT20 & RT30 on same base.



**About Yealink**

Yealink is a global leading provider of enterprise communication and collaboration solutions, offering video conferencing service to worldwide enterprises. Focusing on research and development, Yealink also insists on innovation and creation. With the outstanding technical patents of cloud computing, audio, video and image processing technology, Yealink has built up a panoramic collaboration solution of audio and video conferencing by merging its cloud services with a series of endpoints products. As one of the best providers in more than 140 countries and regions including the US, the UK and Australia, Yealink ranks No.1 in the global market share of SIP phone shipments.

**Copyright**

Copyright © 2018 YEALINK(XIAMEN) NETWORK TECHNOLOGY CO., LTD.

Copyright © 2018 Yealink(Xiamen) Network Technology CO., LTD. All rights reserved. No parts of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, photocopying, recording, or otherwise, for any purpose, without the express written permission of Yealink(Xiamen) Network Technology CO., LTD.

**Technical Support**

Visit Yealink WIKI (http://support.yealink.com/) for firmware downloads, product documents, FAQ, and more. For better service, we sincerely recommend you to use Yealink Ticketing system (https://ticket.yealink.com) to submit all your technical issues.



YEALINK(XIAMEN) NETWORK TECHNOLOGY CO.,LTD.
Web: www.yealink.com
Addr: No.1 Ling-Xia North Road, High Tech Park,
Huli District, Xiamen, Fujian, P.R. China
Copyright©2018Yealink Inc. All right reserved.

YEALINK NETWORK TECHNOLOGY CO., LTD.          Email: sales@yealink.com          Web: www.yealink.com