Kirk J. Anderson (SBN 289043)
kanderson@budolaw.com
BUDO LAW P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
Tel. 720-225-9440
Fax: 720-225-9331

*Attorneys for Plaintiff*
*Valyrian IP LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| VALYRIAN IP LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> TELUS COMMUNICATIONS (U.S.) INC., <br><br> *Defendant.* | Case No. 2:20-cv-01315-WBS |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Valyrian IP LLC dismisses without prejudice all claims by Plaintiff Valyrian IP LLC against Telus Communications (U.S.) Inc. Each party shall bear its own costs, expenses, and attorney's fees.

/s/*Kirk J. Anderson*
Kirk J. Anderson (SBN 289043)
kanderson@budolaw.com
BUDO LAW P.C.

5610 Ward Rd., Suite #300
Arvada, CO 80002
Tel. 720-225-9440
Fax: 720-225-9331

*Attorneys for Plaintiff*
*Valyrian IP LLC*

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a true and correct copy of the foregoing was served via e-mail on this 5th day of October 2020, on all counsel of record.

/s/ *Kirk J. Anderson*
Kirk J. Anderson